IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

EMPLOYERS MUTUAL CASUALTY COMPANY                               PLAINTIFF

V.                                        CIVIL ACTION NO.: 1:08CV255-SA-DAS

NORMMURRAY SPRINGS BOTTLED
WATER CO., INC. AND TAMI T. STONESTREET,
AS ADMINISTRATRIX OF THE ESTATE OF
JOSEPH K. STONESTREET                                            DEFENDANTS

ORDER DENYING
MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that:

    Employers Mutual Casualty Company's Motion for Summary Judgment [18] is DENIED without prejudice as

premature.

    SO ORDERED, this the 25th day of March, 2010.

                                       **/s/ Sharion Aycock**
                                       **UNITED STATES DISTRICT JUDGE**