# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**EMPLOYERS MUTUAL CASUALTY COMPANY**     **PLAINTIFF/COUNTER-DEFENDANT**

**VS.**     **CIVIL ACTION NO.: 1:08CV255-SA-DAS**

**NORMMURRAY SPRINGS BOTTLED WATER CO., INC.
AND TAMI T. STONESTREET, AS ADMINISTRATRIX     DEFENDANTS/COUNTER-
OF THE ESTATE OF JOSEPH K. STONESTREET     PLAINTIFFS**

## ORDER STAYING CASE AND RESETTING DEADLINES

**UPON MOTION** of the Plaintiff, Employers Mutual Casualty Company, for an order staying this matter and resetting the deadlines established by the Case Management Order and, after considering said motion, the Court finds that said motion is well-taken and should be granted as follows:

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, this matter is stayed for thirty (30) days.

**SO ORDERED AND ADJUDGED**, this the 20th day of July, 2010.

/s/David A. Sanders
**UNITED STATES MAGISTRATE JUDGE**