IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

EMPLOYERS MUTUAL CASUALTY COMPANY                                    PLAINTIFF

V.                                              CIVIL ACTION NO.: 1:08CV255-SA-DAS

NORMMURRAY SPRINGS BOTTLED
WATER CO., INC. AND TAMI T. STONESTREET,
AS ADMINISTRATRIX OF THE ESTATE OF
JOSEPH K. STONESTREET                                                DEFENDANTS

ORDER GRANTING IN PART AND DENYING IN PART
MOTION FOR RECONSIDERATION, OR IN THE ALTERNATIVE, MOTION FOR
CERTIFICATION FOR INTERLOCUTORY APPEAL

Pursuant to an Opinion issued this day,

EMCC's Motion for Reconsideration, or in the Alternative, Motion for Certification for Interlocutory Appeal [36] is GRANTED in part and DENIED in part. The parties are instructed to contact the magistrate judge within 7 day of this order's entry to establish new deadlines.

SO ORDERED, this the 28th day of July, 2010.

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**