IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

EMPLOYERS MUTUAL CASUALTY COMPANY                              PLAINTIFF

V.                                          CIVIL ACTION NO.: 1:08CV255-SA-DAS

NORMMURRAY SPRINGS BOTTLED
WATER CO., INC. AND TAMI T. STONESTREET,
AS ADMINISTRATRIX OF THE ESTATE OF
JOSEPH K. STONESTREET                                          DEFENDANTS

**ORDER**

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Plaintiff's Renewed Motion for Summary Judgment [73] is GRANTED;

(2) the Plaintiff's Motions In Limine [78], [81] are moot; and

(3) this case is CLOSED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 14th day of March, 2011.

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**